**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Michael O'QUINN,**
**Defendant–Appellant.**

No. 10–15809
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 4, 2011.

Robert G. Davies, Thomas F. Kirwin, U.S. Attorney's Office, Pensacola, FL, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Barbara Sanders, Attorney at Law, Apalachicola, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

James O'Quinn appeals his sentence of 108 months of imprisonment for receiving and distributing child pornography. 18 U.S.C. § 2252A(a)(2)(A), (b)(1). O'Quinn challenges the two-level enhancement of his sentence for distributing child pornography, United States Sentencing Guidelines Manual § 2G2.2(b)(3)(F) (2009), and the denial of his corresponding request for a two-level reduction of his sentence on the ground that he intended only to solicit and receive the pornographic materials, *id.* § 2G2.2(b)(1). We affirm.

The district court did not err when it enhanced O'Quinn's sentence for distributing child pornography and denied his corresponding request for a reduction of his sentence. O'Quinn pleaded guilty to Count One of his indictment that charged him with "knowingly receiv[ing] and distribut[ing] and attempt[ing] to receive and distribute child pornography," and he was subject to a two-level increase of his sentence for distributing that contraband, *id.* § 2G2.2(b)(3)(F). The commentary to section 2G2.2 provides that "distribution includes posting material involving the sexual exploitation of a minor on a website for public viewing." *Id.* cmt. n. 1. O'Quinn admitted during his sentencing hearing that he "ma[d]e [the] [child pornography] files [on his computer] available" for "public viewing" through a file-sharing program called Limewire.

We **AFFIRM** O'Quinn's sentence.